UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br><br>APPROXIMATELY $143,586.44 SEIZED<br>FROM JPMORGAN CHASE<br>ACCOUNT NUMBER XXXXX8228;<br><br>APPROXIMATELY $4,896.51 SEIZED<br>FROM JPMORGAN CHASE<br>ACCOUNT NUMBER XXXXX7633;<br><br>APPROXIMATELY $5,240.00 SEIZED<br>FROM JPMORGAN CHASE<br>ACCOUNT NUMBER XXXXX3817;<br><br>APPROXIMATELY $4,335,334.38 SEIZED<br>FROM JPMORGAN CHASE<br>ACCOUNT NUMBER XXXXX5552;<br><br>APPROXIMATELY $581,529.79 SEIZED<br>FROM JPMORGAN CHASE<br>ACCOUNT NUMBER XXXXX1310;<br><br>APPROXIMATELY $183,546.26 SEIZED<br>FROM JPMORGAN CHASE<br>ACCOUNT NUMBER XXXXX5592; and<br><br>APPROXIMATELY $61,612.91 SEIZED<br>FROM TEXAS BANK AND TRUST<br>ACCOUNT NUMBER XX6064<br><br>        Defendants *in Rem*.<br><br>Sang Yoo,<br><br>        Petitioner. | Civil Action No.: 24-CV-11467-BEM |

## **THE UNITED STATES' MOTION TO CONTINUE STATUS CONFERENCE**

The United States of America, by its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, hereby moves to continue the Status Conference, currently set for February

13, 2025, to any of the following dates: February 3-7, February 10, any time on or after February 24, or another date convenient to the Court. The United States requests this continuance based on the fact that AUSA Matthew Lyons will be out of the country, and also unable to connect remotely on February 13, 2025 through February 22, 2025, and therefore would be unable to attend the Status Conference as currently scheduled.

WHEREFORE, the United States of America respectfully requests that the Court grant the United States' Motion and Continue to any of the requested dates, or another date convenient to the Court.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:  /s/ Matthew M. Lyons
MATTHEW M. LYONS
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Matthew.Lyons@usdoj.gov

MARGARET A. MOESER
Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

/s/ Adrienne E. Rosen
ADRIENNE E. ROSEN and JASMIN
SALEHI FASHAMI, Trial Attorneys
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
(202) 616-2690
(202) 262-7734
Adrienne.Rosen@usdoj.gov
Jasmin.Salehi.Fashami@usdoj.gov

Dated:  January 30, 2025

## CERTIFICATE OF SERVICE

I, Matthew M. Lyons, Assistant United States Attorney, certify that the Motion to Continue was served by Electronic Mail to Petitioner Sang Yoo, and was also served by first class mail, postage prepaid, to Sang Yoo at his last known address. The document was also filed through the Electronic Case Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

|  |  |
|---|---|
|  | */s/ Matthew M. Lyons* |
|  | MATTHEW M. LYONS |
| Dated: January 30, 2025 | Assistant United States Attorney |

## Local Rule 7.1(a)(2) Certification

I, Matthew M. Lyons, certify that to the best of my knowledge, the petitioner in this matter is not represented by counsel and because of that I did not seek to confer in advance of filing this motion.

|  |  |
|---|---|
|  | */s/ Matthew M. Lyons* |
|  | MATTHEW M. LYONS |
| Dated: January 30, 2025 | Assistant United States Attorney |