UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        Plaintiff  )<br>                         )<br>     v.                        )<br>                         )<br>APPROXIMATELY $143,586.44 SEIZED  )<br>FROM JPMORGAN CHASE  )<br>ACCOUNT NUMBER XXXXX8228;  )<br>                         )<br>APPROXIMATELY $4,896.51 SEIZED  )<br>FROM JPMORGAN CHASE  )<br>ACCOUNT NUMBER XXXXX7633;  )<br>                         )<br>APPROXIMATELY $5,240.00 SEIZED  )<br>FROM JPMORGAN CHASE  )<br>ACCOUNT NUMBER XXXXX3817;  )<br>                         )<br>APPROXIMATELY $4,335,334.38 SEIZED )<br>FROM JPMORGAN CHASE  )<br>ACCOUNT NUMBER XXXXX5552;  )<br>                         )<br>APPROXIMATELY $581,529.79 SEIZED  )<br>FROM JPMORGAN CHASE  )<br>ACCOUNT NUMBER XXXXX1310;  )<br>                         )<br>APPROXIMATELY $183,546.26 SEIZED  )<br>FROM JPMORGAN CHASE  )<br>ACCOUNT NUMBER XXXXX5592; and  )<br>                         )<br>APPROXIMATELY $61,612.91 SEIZED  )<br>FROM TEXAS BANK AND TRUST  )<br>ACCOUNT NUMBER XX6064  )<br>                         )<br>        Defendants *in Rem.*  ) | Civil Action No.: 1:24-CV-11467-BEM |

## FINAL JUDGMENT AND ORDER OF FORFEITURE

**MURPHY, D.J.**

      This Court, having allowed plaintiff's Requests for Notice of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

      1.    That judgment be and hereby is entered in favor of the plaintiff, the United States

of America;

    2.    That the defendant properties, described as:

    a.    approximately $143,586.44 seized from JPMorgan Chase account number XXXXX8228 ("DA-1");

    b.    approximately $4,896.51 seized from JPMorgan Chase account number XXXXX7633 ("DA-2");

    c.    approximately $5,240.00 seized from JPMorgan Chase account number XXXXX3817 ("DA-3");

    d.    approximately $4,335,334.38 seized from JPMorgan Chase account number XXXXX5552 ("DA-4");

    e.    approximately $581,529.79 seized from JPMorgan Chase account number XXXXX1310 ("DA-5");

    f.    approximately $183,546.26 seized from JPMorgan Chase account number XXXXX5592 ("DA-6"); and

    g.    approximately $61,612.91 seized from Texas Bank and Trust account number XX6064 ("DA-7")

(collectively, the "Defendant Accounts"), are hereby forfeited to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(A), because they represent "[a]ny property, real or personal, involved in a transaction or attempted transaction in violation of [18 U.S.C §§ 1956 and 1957], or any property traceable to such property", and pursuant to 18 U.S.C. § 981(a)(1)(C), because they represent "[a]ny property, real or personal, which constitutes or is derived from proceeds traceable to any violation of . . . any offense constituting 'specified unlawful activity' . . . , or a conspiracy to commit such offense;"

    3.    That any claims of interest of potential claimants in this action (Victim-1; Signatory DA-1&2; Signatory DA-3; Entity DA-4, ATTN: Signatory DA-4; Signatory DA-5; Signatory DA-6; Signatory DA-7; and Witness-1), and any other parties claiming any right, title, or

interest in or to the Defendant Accounts, are hereby held in default and dismissed, having been defaulted on February 11, 2025 for Defendant Accounts DA-2 through D-7, or on February 25, 2025 for Defendant Account DA-1;

    4.    That the United States shall retain the Defendant Accounts in its secure custody and control, and shall dispose of them in accordance with United States Department of Justice and the United States Department of the Treasury policies regarding disposition of forfeited property; and

    5.    That this Court shall retain jurisdiction in this case and that this Order shall be, and hereby is, the full and final disposition of the above-described Defendant Accounts in this civil forfeiture action.

APPROVED AND SO ORDERED:

*/s/ Brian E. Murphy*
BRIAN E. MURPHY
United States District Judge

Date:   March 26, 2025